### In re John A. DURKEE, Jr., Esq.

[657 A.2d 1086]

No. 94-573

March 21, 1995. John A. Durkee, Jr., having been suspended from the practice of law for a period of three years, retroactive to June 9, 1993, by the Supreme Court of Massachusetts, it is hereby ordered that John A. Durkee, Jr., is suspended from the practice of law in Vermont for a period of three years, retroactive to June 9, 1993. A.O. 9, Rule 17D.